Print Form

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Edgar Alonso Iglesias-Ahumada

**Plaintiff,**

**V.**

Respondents: Christopher LaRose, Warden of Otay Detention Facility; Markwayne Mullin, Secretary, U.S. Department of Homeland Security

**Defendant.**

**Civil Action No.** 26-cv-4273-LL-DEB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES Petitioner's Petition for Writ of Habeas Corpus without prejudice. This case is hereby closed.

**Date:** 10/19/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-4273-LL-DEB